MAY 26, 1802.

## Abraham Reece v. Robert Tylor.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Shelby county.*

Where a replevin bond is taken for more than the amount of the execution, the bond should not be quashed, but a credit should be entered on the bond for the excess.

The court does not think the judgment erroneous; but there is error in the replevy bond. The judgment is for £10 10 Kentucky currency, on a specialty which became due August 23, 1791, with interest at the rate of five per centum per annum, and costs. For which a *fi. fa.* issued and was levied, on which was endorsed a credit for a guinea (28s). Moreover, on September 2, 1801, the goods taken in execution thereon were replevied, and a replevy bond taken for £10 10 debt, £5 5 interest, £2 1 4 costs, and 9s 1 3-4 half commission; amount, £18 5 5 3-4. But the court finds that after giving due credit for the guinea, the debt was only £9 2 6, the interest £4 11 1 1-2, and the half commission 7s 10 1-2, which, with the costs, amounted only to £16 2 10; and therefore the replevy bond was taken for £2 2 7 3-4 more than was just, and must be corrected as was done in the case of *Turley* against *Owings & Co.*

Wherefore, it is adjudged and ordered, that the said judgment of the court of quarter sessions for the county of Shelby be affirmed, and that a credit be endorsed on the said replevy bond for the said excess of two pounds two shillings and seven pence three farthings; after doing which the plaintiff in the court below may take out an *alias* execution thereon for the balance, viz: £16 2 10, and interest for the same from the said 2d day of September, 1801, until paid. And it is further adjudged and ordered, that the last-mentioned plaintiff do pay unto the plaintiff in this court his costs herein expended, which is ordered to be certified to the said court.